IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF<br><br>CARMEN COLON HERNANDEZ<br><br>Debtor | **CASE NO.** 09-9436<br><br>Chapter 13 |

## DEBTOR'S AMENDEMENT OF PLAN

**TO THE HONORABLE COURT:**

NOW COMES DEBTOR through the undersigned attorney and very respectfully alleges and prays:

1. The Debtor in the above-captioned case amends PLAN to surrender vehicle Windstar 2001.

2. The base of plan is $25,875.00

3. The POC #3 filed by CRIM as to property located in URB QUINTO CENTENARIO, 317 CALLE SANTA FE ,MAYAGUEZ PR 00680 will be objected.

   **WEREFORE** Debtors respectfully pray this Honorable Court to allow amending of PLAN with any further relief Court understands.

Date: Monday, March 01, 2010.

/S/MIRIAM S. LOZADA RAMÍREZ
**ATTORNEY FOR DEBTOR**
**296 RAMON E. BETANCES SUR SUITE5**
Mayagüez, Puerto Rico 00680
TEL 787-834-3004
miriamlozada@prtc.net

CERTIFICATE OF SERVICE

I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using ECF systems which sent a notification of such filing to al those who have registered for receipt of notice by electronic mail. I further certify that I have served to the US Trustee, ustpregion21.hr.ecf@usdoj.gov and to standing chapter 13 trustee Jose Carrion, ecfmail@ch13-pr.com, and by depositing true and exact copies thereof in the United States mail; postage prepaid to the non CM/ECF participants. as per master address list to all parties in interest to their address of record.

In Mayaguez, Puerto Rico,Monday, March 01, 2010

/S/MIRIAM S. LOZADA RAMIREZ, ESQ.

***Signed affirmation:*** /s/ CARMEN COLON HERNANDEZ

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: *COLON HERNANDEZ, CARMEN*

BK. CASE # *2:09-bk-9436*

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its ontification. **This plan does not allow claims.** Any party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and/or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [✓] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. [ ] The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debotr(s) is entered.

PLAN DATED: _____ [✓] AMENDED PLAN DATED: *FEBRUARY 20,2010*
[✓] PRE [ ] POST-CONFIRMATION  FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ | 325.00 x | 1 | = | 325.00 |
| $ | 425.00 x | 40 | = | 17,000.00 |
| $ | 450.00 x | 19 | = | 8,550.00 |
| $ | x | | = | |
| $ | x | | = | |
| | TOTAL = | 60 | | 25,875.00 |

Additional Payments:
$ 0.00 to be paid as LUMP SUM within _____ with proceeds to come from
[ ] Sale of property identified as follows:
_____
_____
[ ] Other: _____
_____
_____

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___
To be made on: ___

**PROPOSED PLAN BASE:** $ 25,875.00

### II. ATTORNEY'S FEES

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

| | |
|---|---|
| a. Rule 2016(b) Statement: | $ 3,000.00 |
| b. Fees Paid (Pre-petition): | $ 400.00 |
| c. R 2016 Outstanding balance: | $ 2,600.00 |
| d. Post Petition Additional Fees: | $ 0.00 |
| e. Total Compensation: | $ 3,000.00 |

Signed: */s/ COLON HERNANDEZ, CARMEN*
DEBTOR

_____
JOINT DEBTOR

* See Attached Continuation Sheet for Additional Information
ATTORNEY FOR DEBTOR: *MIRIAM S. LOZADA RAMIREZ*

### II. DISBURSEMENT SCHEDULE SEQUENCE

**A. SECURED CLAIMS**
[ ] Debtor represents that there are no secured claims.
[✓] Secured creditors will retain their liens and shall be paid as follows:
ADEQUATE PROTECTION PAYMENTS CR _____ $ _____

[✓] Trustee will pay secured ARREARS:
Cr. *Banco Popular de Pue* Cr. _____ Cr. _____
# 4804 # _____ # _____
$ 10,645.83 $ _____ $ _____

[ ] Trustee will pay IN FULL Secured Claims
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

[ ] Trustee will pay VALUE OF COLLATERAL
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

[ ] Secured Creditor's interest will be insured. INSURANCE POLICY will be paid through plan:
Cr. _____ Ins Co. _____ Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

[✓] DEBTOR SURRENDERS PROPERTY ON AUTO LEN #0680 *automobile windstar 2001*
[✓] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
*Banco Popular de Puerto Rico*

**B. PRIORITIES** The Trustee will pay §507 priorities in accordance with the law. [§1322 (a)(2))]
[✓] *DEPARTMENT OF TREASURY*

**C. UNSECURED PREFERRED:** Plan [ ] Classifies [✓] Does not Classify Claims.
[ ] Class A: [ ] Co-Debtor Claims / [ ] Paid 100% / [ ] "Pay Ahead": _____
[ ] Class B. [ ] Other Class: _____ [ ]
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ 2,402.68)
[ ] Will be paid 100% plus ___ % Legal Interest. [✓] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:** *
*Debtor surrenders commercial property to BBVA located in Quinto Centenario,URB QUINTO CENTENARIO, 317 CALLE SANTA FE ,MAYAGUEZ PR 00680.*
*"Any post petition income tax refund that the debtor(s) would be entitled to receive during the term of the plan will be used to fund*

PHONE: *(787) 834-3004*

# CHAPTER 13 PAYMENT PLAN
## (Continuation Sheet)

### II DISBURSEMENT SCHEDULE

OTHER PROVISIONS

```
this
plan. After its confirmation, and without further notice, hearing or
Court order, the plan shall be deemed modified by the increment(s) to
its Base, in an amount equal to the amount of each income tax refund."
DEBTOR SURRENDERS VEHICLE WINDSTAR 2001  TO POPULAR AUTO
```

Sheet No.  _1_  of  _1_  Sheets attached to Chapter 13 Payment Plan